IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3001 |
| | ) | |
| v. | ) | |
| | ) | |
| ADAN CABADA-FELIX, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

The joint oral motion of counsel is granted and,

The change of plea hearing is continued to March 27, 2006 at 4:00 p.m.

For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

The defendant shall be present at the hearing.

Dated March 15, 2006.

BY THE COURT

s/ David L. Piester
David L. Piester
United States Magistrate Judge